UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **American Express travel Related Services Company, Inc.** | ) ) ) |
| **Plaintiffs.** | ) ) |
| vs. | ) CASE NO. 3:08-cv-1141 ) |
| **Michael D. Tangredi, et al.,** | ) JUDGE NIXON ) |
| **Defendants.** | ) |

## ENTRY OF DEFAULT

Pursuant to the Order of the Court (Docket Entry No. 55), the Clerk hereby enters default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (FRCP) against Defendant Michael D. Tangredi.

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court